UNITED STATES of America,
Plaintiff–Appellee

v.

Darius Fedor VAXTER, Defendant–
Appellant.

No. 12–40091
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 22, 2013.

John Albert Craft, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Thomas P. Roebuck, Jr., Roebuck Thomas Roebuck & Adams, P.L.L.C., Beaumont, TX, for Defendant–Appellant.

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Darius Fedor Vaxter on appeal has filed a motion to withdraw and a brief that relies on *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vaxter has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

John Ray CHEEK, Defendant–
Appellant.

No. 12–10113
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 22, 2013.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

John Ray Cheek, Fort Worth, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent John Ray Cheek has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cheek has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cheek's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Heather R. DASHTI, Plaintiff–Appellant

v.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.